IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT L. KIRBY,                        No. CIV.S-05-2497 GEB DAD PS

       Plaintiff,

   v.                                   ORDER TRANSFERRING ACTION

EL CERRITO POLICE DEPARTMENT
and RICHMOND POLICE DEPARTMENT

       Defendants.
_____/

     Plaintiff Robert L. Kirby is proceeding in this civil rights action pro se.  The matter was referred to a United States Magistrate Judge by Local Rule 72-302(c)(21) pursuant to 28 U.S.C. § 636(b)(1).

     Plaintiff's complaint concerns an encounter that allegedly took place near the border of the cities of Richmond and El Cerrito, California.  The encounter involved plaintiff and police officers from those two cities.  Thus, the events giving rise to this action occurred in Contra Costa County, which is within the Northern District of California.  Further, all of the defendants are located

1

in the Northern District and plaintiff apparently works there, the

incident having occurred while plaintiff was working as a security

guard.[1]   Therefore, virtually all, if not all, of the parties are

located in the Northern District of California and "a substantial

part of the events or omissions giving rise to [plaintiff's] claim

occurred" in the Northern District.   See 28 U.S.C. § 1391(b)(2).

        In the interest of justice, a federal court may transfer

any civil action filed in the wrong district to the correct district.

See 28 U.S.C. § 1406(a); Oaks of Woodlake Phase III, Ltd. v. Hall,

Bayoutree Assocs., Ltd. (In re Hall, Bayoutree, Assocs., Ltd.), 939

F.2d 802, 805 (9th Cir. 1991).   Accordingly, IT IS HEREBY ORDERED

that this action is transferred to the United States District Court

for the Northern District of California.

        IT IS SO ORDERED.

DATED: April 10, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:th
Ddadl\orders.prose\kirby2497.transfer

---

[1] The allegations of the complaint indicate that plaintiff is a part-time student, taking classes in both Berkeley as well as Santa Barbara, the latter being the location of plaintiff's address of record.